463 A.2d 486

Busler, et al., Appellants v. Dubos, et al.

Reargument Denied Aug. 19, 1983.

Petition for Allowance of Appeal Denied Feb. 7, 1984.

Before CAVANAUGH, BROSKY and CIRILLO, JJ.

Order affirmed.